FILED

09/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0363

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0363

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JOSEPH EDWARD KNOWLES,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's unopposed motion to file transcripts from *State v. Knowles*, DA 18-0105, in this matter, *State v. Knowles*, DA 22-0363, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Clerk of the Montana Supreme Court file in this matter, DA 22-0363, all transcripts filed in DA 18-0105.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2024